1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LEXI P. NEGIN, #250376
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ZUCRE INIGUEZ-PELAYO

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,        ) Case No. 08-cr-080 JAM
                                      )
11 |         Plaintiff,                ) STIPULATION AND ORDER
                                      ) CONTININUING STATUS CONFERENCE
12 |    v.                             ) AND EXCLUDING TIME
                                      )
13 | ZUCRE INIGUEZ-PELAYO,            ) Date:   October 14, 2014
                                      ) Time:   9:30 a.m.
14 |         Defendant.                ) Judge:  John A. Mendez
                                      )
15

16        It is hereby stipulated and agreed to between the United States of America through

17 NIRAV DESAI, Assistant U.S. Attorney, and defendant, ZUCRE INIGUEZ-PELAYO, by and

18 through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for

19 Tuesday, October 7, 2014, be continued to Tuesday, October 14, 2014, at 9:30 a.m.

20        The reason for this continuance is to allow defense counsel additional time to continue

21 confer with the defendant regarding the terms of the plea agreement.

22        It is further stipulated that the time period from the date of this stipulation, September 26,

23 2014, through and including the date of the new status conference hearing, October 14, 2014,

24 shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local

25 Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and

26 that the ends of justice to be served by granting the continuance outweigh the best interests of the

27 public and the defendant in a speedy trial.

28

| | | |
|---|---|---|
| 1 | DATED: September 26, 2014 | HEATHER E. WILLIAMS<br>Federal Defender |
| | | |
| | | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for ZUCRE INIGUEZ-PELAYO |
| 7 | DATED: September 26, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Nirav Desai<br>NIRAV DESAI<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 26, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 7, 2014, be vacated and that the case be set for Tuesday, October 14, 2014, at 9:30 a.m.  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 26, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, September 26, 2014, through and including October 14, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

DATED: September 29, 2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge